# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**RICHARD A. BONAPARTE**
**and MARLA M. BONAPARTE**

              V.             CASE NUMBER: 6:05-CV-49(NAM/GJD)

**GOVERNOR GEORGE PATAKI; et al.**

[ ]       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFFS dismissing this action for failure to comply with the Order of the Hon. Norman A. Mordue filed on October 2, 2007.

DATED:    October 31, 2007

                                                        Clerk of Court

LKB:lmp